

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00397-CV

## IN RE THE COMMITMENT OF KENNETH BLANCHARD

**From the 52nd District Court
Coryell County, Texas
Trial Court No. DC-21-52209**

## MEMORANDUM OPINION

Appellant, Kenneth Blanchard, appealed the trial court's civil-commitment judgment. He has now filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.1(a).

After reviewing the contents of Blanchard's motion to dismiss, we grant the motion, and this appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed June 7, 2023
[CV06]

